IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD M. BUTLER and BETTY BUTLER,<br><br>          Plaintiffs,<br><br>vs.<br><br>CRAIG E. HOWE, DAVID LOVEKIN as the Personal Representative of ANNE BARTHOLOMEW, NICHOLAS G. BIANCOVDO, BYNUM TRANSPORT, JERRY C. AMES, RONNIE DOWDY, INC., and BETTER BUILT CONSTRUCTION,<br><br>          Defendants. | Civil No. 8:04CV61<br><br>ORDER OF DISMISSAL |

    NOW ON this 9th day of December, 2005, this matter came on for hearing on the following Motions:

    1.    Plaintiffs' Motion to Dismiss With Prejudice;

    2.    The Motion to Dismiss Counterclaim With Prejudice filed by Defendant Craig E. Howe;

    3.    The Motion to Dismiss Counterclaim With Prejudice filed by Defendants and Counterclaimants, Nicholas G. Biancardo a/k/a Nicholas G. Biancovdo and Bynum Transport;

    4.    The Motion to Dismiss Cross-Claim Without Prejudice filed by Defendant and Cross-Claimant, David Lovekin, Personal Representative of Anne Bartholomew;

    5.    The Motion to Dismiss Cross-Claim Without Prejudice filed by Defendant and Cross-Claimant, Bynum Transport Company; and

6. The Motion to Dismiss Cross-Claim Without Prejudice filed by Defendant and Cross-Claimant, Better Built Construction.

The Court, being fully advised in the premises, finds that the Motions should be sustained. IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT as follows:

1. Plaintiffs' Motion to Dismiss is hereby granted and Plaintiff's Complaint and causes of action are hereby dismissed with prejudice;

2. The Motion to Dismiss Counterclaim With Prejudice filed by Defendant Craig E. Howe is hereby granted and said Defendant's Counterclaim is hereby dismissed with prejudice;

3. The Motion to Dismiss Counterclaim With Prejudice filed by Defendants and Counterclaimants, Nicholas G. Biancardo a/k/a Nicholas G. Biancovdo and Bynum Transport, is hereby granted and said Defendants' Counterclaim is hereby dismissed with prejudice;

4. The Motion to Dismiss Cross-Claim Without Prejudice filed by Defendant and Cross-Claimant, David Lovekin, Personal Representative of Anne Bartholomew, is hereby granted and said Defendant's Cross-Claim is hereby dismissed without prejudice;

5. The Motion to Dismiss Cross-Claim Without Prejudice filed by Defendant and Cross-Claimant, Bynum Transport Company, is hereby granted and said Defendant's Cross-Claim is hereby dismissed without prejudice;

6.  The Motion to Dismiss Cross-Claim Without Prejudice filed by Defendant and Cross-Claimant, Better Built Construction, is hereby granted and said Defendant's Cross-Claim is hereby dismissed without prejudice;

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge

PREPARED AND SUBMITTED BY:

Daniel M. Placzek, #16641
LEININGER, SMITH,
JOHNSON, BAACK, PLACZEK,
STEELE & ALLEN
104 N. Wheeler Street
P.O. Box 790
Grand Island, NE  68802-0790
Telephone:  (308) 382-1930

2210-2/126935